# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF OKLAHOMA

1. Admiral Insurance Company,

    Plaintiff(s)

vs.    Case Number: 5:23-cv-01115-JD

1. Aaron Wayne Pearson, et al.

    Defendant(s)

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1., which states:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

ONEOK, Inc.
[name of party]

who is a (check one) ☐ PLAINTIFF ☑ DEFENDANT in this action, makes the following disclosure:

1. **Is party a publicly held corporation or other publicly held entity?**

   (Check one) ☑ YES ☐ NO

2. **Does party have any parent corporations?**

   (Check one) ☐ YES ☑ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporations:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity?**

   (Check one) ☑ YES ☐ NO

   If YES, identify all such owners:

   The Vanguard Group

Corporate Disclosure Statement      1

4. **Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation?**

    (Check one) ☐ YES ☑ NO

If YES, identify entity and nature of interest:

5. **Is party a trade association?**

    (Check one) ☐ YES ☑ NO

If YES, identify all members of the association, their parent corporations, and any publicly held companies that own 10% or more of a member's stock:

**DATED** this  29th  day of  February , 20 24 .

| | |
|---|---|
| Kerry R. Lewis | |
| Signature | |
| Kerry R. Lewis | OBA 16519 |
| Printed Name | Bar Number |
| Rhodes Hieronymus Jones Tucker & Gable | |
| Firm Name | |
| P.O. Box 21100 | |
| Address | |
| Tulsa | OK  74121-1100 |
| City | State  ZIP |
| (918) 582-1173 | (918) 592-3390 |
| Phone | Fax |
| klewis@rhodesokla.com | |
| Email Address | |

## CERTIFICATE OF SERVICE

I hereby certify that on ___February 29, 2024___ (Date), I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants (names only are sufficient):

Amy E. Bradley-Waters
John C. Lennon
Reggie N. Whitten
Michael Burrage, Randa K. Reeves
Heather Strohmeyer, Hannah E. Whitten
Kevin E. Hill

I hereby certify that on _____ (Date), I served the same document by

☐ U.S. Postal Service     ☐ In Person Delivery
☐ Courier Service         ☐ E-Mail

on the following, who are not registered participants of the ECF system:

Name(s) and Address(es):


S/ Kerry R. Lewis
Signature