IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. ADMIRAL INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 5:23-cv-01115-JD |
| | ) | |
| 1. AARON WAYNE PEARSON, | ) | |
| 2. LEANDRA LYNN PEARSON, | ) | |
| 3. ONEOK, INC., | ) | |
| 4. ARROWHEAD PIPELINE SERVICES, INC., and | ) | |
| 5. UTILITEC, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT STATUS REPORT**

COMES NOW Plaintiff, Admiral Insurance Company ("Admiral"), Defendant ONEOK, Inc. ("ONEOK"), and Defendants Aaron Wayne Pearson, and Leandra Lynn Pearson ("the Pearsons") (collectively, "Defendants") and, in compliance with the Court's Order [Dkt. 34], respectfully submit this Joint Status Report as to the status of the investigation of the issues surrounding the diversity jurisdiction related to ownership and citizenship of Magellan Midstream Partners, LLC ("Magellan"):

1. Plaintiff filed its Complaint on December 7, 2023 (Dkt. 1).

2. After Defendants' Motions to Dismiss were denied, (Dkt. 24), Defendants' respective Answers were due September 17, 2024.

3. On September 16, 2024, ONEOK sought an extension of time until September 30, 2024, in anticipation of filing an agreed substitution of parties of Magellan Midstream Partners, L.P. ("Magellan") for ONEOK. (Dkt. 29). The Pearsons also sought an extension of time until September 30, 2024, to respond to the Complaint. (Dkt. 31). Both Motions were granted. (*See* Dkts. 30 & 32).

4. The anticipated substitution of Magellan has raised a question of whether this Court possesses diversity jurisdiction under 28 U.S.C. § 1332, and whether there is complete diversity of citizenship between Plaintiff Admiral Insurance Company and Magellan at the time the Complaint was filed.

5. Plaintiff and Defendants agree that the question of whether this Court possesses subject matter jurisdiction under 28 U.S.C. § 1332 over this matter should be resolved before the Court and the parties expend unnecessary time or effort.

6. On September 27, 2024, Defendants filed an *Unopposed* Joint Motion for Extension of Time to Answer or Respond to the Complaint. (*See* Dkt. 33)

7. On September 30, 2024, the Court entered an Order extending the time for Defendants to file a response to Plaintiff's Complaint within ten (10) days of notice to the Court that the jurisdictional investigation is complete, or the filing of an amended pleading or agreed motion for substitution of the parties. The Court further ordered that, if neither of these matters have occurred on or before November 12, 2024, the parties file a joint status report with an update a to the status of the

investigation and possible substitution, and the Court may revisit the extension. (*See* Dkt. 34)

8.     ONEOK and Magellan continue to investigate the issues surrounding the citizenship of Magellan as of the time the Complaint was initially filed for purposes of diversity jurisdiction. In compliance with the Court's Order [Dkt. 34], Magellan provides the following update concerning its due diligence on this issue:

ONEOK has confirmed that, as of December 7, 2023, the date the Complaint was filed, the General Partner of Magellan Midstream, LP was Magellan GP, LLC.  The Limited Partner was ONEOK, Inc.  Magellan Midstream Partners, LP held 100% membership interest in Magellan GP, LLC.  However, ONEOK and Magellan are continuing their due diligence to determine the State of citizenship by Magellan Midstream Partners, LP under these circumstances where a limited liability company's sole member is the entity in which it is a General Partner.

9.     The Parties respectfully request that the Court afford the parties additional time for ONEOK and Magellan to complete their investigation and that the Court enter an Order (a) directing Magellan to file a Notice with the Court upon completion of its jurisdictional investigation and,  (b) directing that, if no such Notice is filed within sixty (60) days of the date of this Joint Status Report, the parties to file another Joint Status Report providing he Court with an updated status of the jurisdictional investigation and the due diligence exercised with respect thereto.

WHEREFORE Defendants ONEOK, Inc. (ONEOK"), Aaron Wayne Pearson, and Leandra Lynn Pearson ("the Pearsons") (collectively, "Defendants"), submit this Joint Status Report regarding the status of the investigation into the ownership of Magellan Midstream Partners, LP, and ask this Court to afford the parties additional time for ONEOK and Magellan to complete their investigation and that the Court enter an Order (a) directing Magellan to file a Notice with the Court upon completion of its jurisdictional investigation and, (b) directing that, if no such Notice is filed within sixty (60) days of the date of this Joint Status Report, the parties to file another Joint Status Report providing he Court with an updated status of the jurisdictional investigation and the due diligence exercised with respect thereto. .

Respectfully submitted,

By:   /s/ Kerry R. Lewis_____
Kerry R. Lewis, OBA 16519
klewis@rhodesokla.com
THERESA N. HILL, OBA 19119
thill@rhodesokla.com
RHODES HIERONYMUS JONES TUCKER & GABLE
P.O. Box 21100
Tulsa, Oklahoma 74121-1100
(918) 582-1173; (918) 592-3390 [fax]
**Attorneys for Defendant, ONEOK, INC.**

/s/ John Lennon_____\*
Amy E. Bradley-Waters, OBA No. 16480
PIERCE COUCH HENDRICKSON
 BAYSINGER & GREEN
907 S. Detroit, Suite 815
Tulsa, OK 74120
Abradley-waters@piercecouch.com

John C. Lennon, OBA No., 30149
PIERCE COUCH HENDRICKSON
  BAYSINGER & GREEN
1109 N. Francis Ave.
Oklahoma City, OK  73126
jlennon@piercecouch.com
*Signed by Filer with Permission


 /s/ Heather Strohmeyer        *
Reggie N. Whitten, OBA No. 9576
Michael Burrage, OBA No. 1350
Randa K. Reeves, OBA No. 30695
Heather Strohmeyer, OBA No. 30745
Hannah E. Whitten, OBA No. 35261
WHITTEN BURRAGE
512 N. Broadway Ave., Suite 300
Oklahoma City, OK  73102
rwhitten@whittenburragelaw.com
mburrage@whittenburragelaw.com
rreeves@whittenburragelaw.com
hstrohmeyer@whittenburragelaw.com
hwhitten@whittenburragelaw.com

Kevin E. Hill, OBA No. 15256
Danielle Daniel, OBA No. 30369
COLBERT COOPER HILL
415 NW 11th Street
Oklahoma City, OK  73103
kevin@getcolbert.com
danielle@getcolbert.com
*Signed by Filer with Permission