## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) ADMIRAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>(1) AARON WAYNE PEARSON,<br>(2) LEANDRA LYNN PEARSON,<br>(3) ONEOK, INC.,<br>(4) ARROWHEAD PIPELINE SERVICES, LLC, and<br>(5) UTILITEC, LLC<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) Case No. CIV-23-01115-JD<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### PLAINTIFF ADMIRAL INSURANCE COMPANY'S
### NOTICE OF DISMISSAL

Please take notice that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Admiral Insurance Company hereby gives notice that the above-captioned action is voluntarily dismissed.

**RESPECTFULLY SUBMITTED** this 13th day of February, 2025.

                                         *PIERCE COUCH HENDRICKSON*
                                          *BAYSINGER & GREEN, LLP*

                                        s/John C. Lennon
                                        Amy Bradley-Waters, OBA No. 16480
                                        P.O. Box 239
                                        Tulsa, Oklahoma  74101
                                        Telephone: 918-583-8100
                                        Facsimile: 918-583-8107

abradley-waters@piercecouch.com
   -and-
John C. Lennon, OBA No. 30149
P.O. Box 26350
Oklahoma City, OK  73126-0350
Telephone:  (405) 235-1611
Facsimile:   (405) 235-2904
jlennon@piercecouch.com

*Attorneys for Plaintiff Admiral Insurance Company*